**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:16cv03759-JFM |
| | * | |
| ACCESS FUNDING, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ACCESS FUNDING DEFENDANTS' MOTION FOR *BURFORD* ABSTENTION AND STAY, OR IN THE ALTERNATIVE, TO DISMISS**

Defendants Access Funding, LLC ("Access Funding"), Reliance Funding, LLC ("Reliance"), Lee Jundanian ("Jundanian") and Raffi Boghasian ("Boghasian") (collectively the "Access Funding Defendants"), by counsel, and for the reasons set forth in the accompanying Memorandum in Support, respectfully move this Court for an Order entering a *Burford* abstention and stay of this action, or in the alternative, an Order dismissing the Complaint.

Respectfully submitted,

*/s/ Andrew J. Chiang*
Andrew J. Chiang
O'HAGAN MEYER, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Telephone: (703) 775-8602
Email: achiang@ohaganmeyer.com

and

Charles M. Sims
*(Pro Hac Vice to be submitted)*
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500

Richmond, VA 23219
Telephone: (804) 403-7111
Email: csims@ohaganmeyer.com

*Attorneys for Access Funding, LLC, Access Holding, LLC, Reliance Funding, LLC, Lee Jundanian and Raffi Boghosian*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2017, a true copy of the foregoing *Motion for Burford Abstention and Stay, or in the Alternative, to Dismiss*, along with the proposed Order, was served on counsel of record via the Court's electronic filing system.

*/s/ Andrew J. Chiang*
Andrew J. Chiang
O'HAGAN MEYER, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Telephone: (703) 775-8602
Email: achiang@ohaganmeyer.com