IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSUMER FINANCIAL PROTECTION BUREAU *

v. * Civil No. 16-cv-03759-JFM

ACCESS FUNDING, LLC, ET AL. *

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 SEP 13 AM 10: 51
CLERK'S OFFICE
AT BALTIMORE
BY______DEPUTY

**ORDER**

For the reasons stated in the accompanying Memorandum, it is, this ~~12th~~ 13th day of September 2017, ORDERED:

(1) Defendants' motions for *Burford* abstention and a stay (ECF Nos. 13, 15, 16) are DENIED;

(2) Defendants' motions to dismiss (ECF Nos. 13, 15, 16) are GRANTED in part and DENIED in part; and

(3) Counts I, II, II, and IV of Plaintiff Consumer Fraud Protection Bureau's complaint (ECF No. 1) are DISMISSED.

/s/

J. Frederick Motz
United States District Judge