UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff<br><br>v.<br><br>ACCESS FUNDING, LLC, *et al.*,<br><br>    Defendants | **CASE NO. 1:16-CV-03759-ELH** |

# ORDER

Upon consideration of the Parties Joint Motion to Extend the Discovery, Request for Admissions, and Motions Deadlines, it is this _____ day of September 2018, by the United States District Court for the District of Maryland – Northern Division, hereby:

**ORDERED** that the Scheduling Order filed February 22, 2018 (ECF No. 56) is hereby amended such that the following are the operative dates:

| | |
|---|---|
| November 16, 2018 | Discovery Deadline; Submission of Status Report |
| November 30, 2018 | Requests for Admissions |
| December 28, 2018 | Pretrial Dispositive Motions Deadline |

Any deadlines not set forth above remain unchanged from this Court's February 22, 2018 Scheduling Order.

_____
Judge Ellen L. Hollander
U.S. District Court for the District of Maryland

Copies to:  All counsel of record

J:\7A144\Motion\ORDER MOT2EXTEND DISCOVERY DEADLINE.doc