UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Plaintiff

v.

ACCESS FUNDING, LLC, *et al.*,

    Defendants

Case No. 1:16-cv-03759-ELH

## ORDER

Upon consideration of the Parties Joint Motion to Extend the Discovery, Request for Admissions, and Motions Deadlines, it is this 10 day of September 2018, by the United States District Court for the District of Maryland – Northern Division, hereby:

**ORDERED** that the Scheduling Order filed February 22, 2018 (ECF No. 56) is hereby amended such that the following are the operative dates:

| Date | Deadline |
|---|---|
| November 16, 2018 | Discovery Deadline; Submission of Status Report |
| November 30, 2018 | Requests for Admissions |
| December 28, 2018 | Pretrial Dispositive Motions Deadline |

Any deadlines not set forth above remain unchanged from this Court's February 22, 2018 Scheduling Order.

Dated: 9/10/18

_____
Judge ~~Ellen L. Hollander~~ J. Mark Coulson, USMJ
U.S. District Court for the District of Maryland

Copies to: All counsel of record

J:\7A144\Motion\ORDER MOT2EXTEND DISCOVERY DEADLINE.doc