FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 OCT 29 PM 5: 58

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff<br><br>v.<br><br>ACCESS FUNDING, LLC, *et al.*,<br><br>Defendants | CASE NO. 1:16-CV-03759-ELH |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend the Discovery, Request for Admissions, and Motions Deadlines, it is this 29th day of October 2018, by the United States District Court for the District of Maryland – Northern Division, hereby:

**ORDERED** that the Scheduling Order filed February 22, 2018 (ECF No. 56) and the Order entered September 10, 2018 (ECF No. 79) are hereby amended such that the following are the operative dates:

| | |
|---|---|
| December 19, 2018 | Discovery Deadline; Submission of Status Report |
| January 4, 2018 | Requests for Admissions |
| January 30, 2018 | Pretrial Dispositive Motions Deadline |

Any deadlines not set forth above remain unchanged from this Court's February 22, 2018 Scheduling Order.

*/s/ Ellen L. Hollander*
Judge Ellen L. Hollander
U.S. District Court for the District of Maryland