IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSUMER FINANCIAL PROTECTION BUREAU
*Plaintiff,*

v.

ACCESS FUNDING, LLC, *et al.*
*Defendants*.

Civil Action No. ELH-16-3759

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 18th of January 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Joint Motion for Partial Summary Judgment (ECF 58) is DENIED, without prejudice to defendants' right to renew the Motion at a later time.

/s/
Ellen L. Hollander
United States District Judge