UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSUMER FINANCIAL PROTECTION
BUREAU,

      Plaintiff

v.

CHARLES E. SMITH, LLC, *et al.*,

      Defendants

Case No. **1:16-CV-03759-ELH**

## JOINT MOTION TO EXTEND SCHEDULING ORDER

All parties, by and through their respective undersigned counsel, hereby submit this Joint Motion to Enlarge the Scheduling Order and for cause state as follows:

1. On May 20, 2019, this Court approved a modification of the Scheduling Order in light of the Bureau's Motion for Leave to File a Second Amended Complaint (ECF 105). Per the Court's Order, the following are the applicable deadlines, in pertinent part:

> All defendants' responses to the Bureau's Requests for Admission are due 30 days after the Court's decision on the Bureau's motions regarding the proposed second amended complaint.

> If the Court denies the Bureau's motions, motions for summary judgment shall be as follows:

>     a. The Bureau's motion for summary judgment is due 30 days after the denial.

>     b. Defendants' cross-motions for summary judgment and oppositions to the Bureau's motions are due 21 days later.

>     c. The Bureau's opposition to the cross-motions and reply are due 21 days after the Defendants' cross-motions and oppositions.

    d.  Defendants' replies are due 21 days after the Bureau's opposition.

  2.  On November 26, 2019, this Court denied the Bureau's Motion for Leave to file a Second Amended Complaint, thereby triggering the above deadlines. <u>See</u> ECF 118 and 119. Thus, under the current Scheduling Order, Defendants' responses to the Bureau's Request for Admissions and the Bureau's Motion for Summary Judgment are both due on December 26, 2019.

  3.  Given the Christmas and New Year's Holidays, subject to this Court's approval, the parties have agreed to extend the deadlines 15 days for Defendants to Respond to the Bureau's Request for Admissions and for the Bureau to file its Motion for Summary Judgment, such that those filings would be due on or before Friday, January 10, 2020.

  4.  Thus, if this Court approves the parties requested enlargement of the Scheduling Order, the following would be the applicable deadlines:

| | |
|---|---|
| Defendants' Responses to Bureau's Request for Admissions | January 10, 2020 |
| Bureau's Motion for Summary Judgment | January 10, 2020 |
| Defendants' Cross-Motions for Summary Judgment/Oppositions to Bureau's Motions | January 31, 2020 |
| Bureau's Opposition to the Cross-Motions and Reply | February 21, 2020 |
| Defendants' Replies to the Bureau's Opposition | March 13, 2020 |

  5.  In making this Joint Motion to Extend Scheduling Order, Defendants do not waive their Joint Motion for A Stay of Proceedings (ECF No. 113), and the Bureau does not waive its opposition to the Defendants' Joint Motion for a Stay of Proceedings.

WHEREFORE, the parties respectfully request that this Honorable Court modify the Scheduling Order as requested in the instant Motion.

Respectfully submitted,

| */s/ Christina Coll* | */s/Gregg E. Viola* |
|---|---|
| Christina Coll | Gregg E. Viola |
| Navid Vazire | Eric M. Rigatuso |
| Meghan Sherman Cater | ECCLESTON & WOLF, P.C. |
| James Meade | Baltimore-Washington Law Center |
| Bureau of Consumer Financial Protection | 7240 Parkway Drive, 4th Floor |
| 1700 G Street, NW | Hanover, MD 21076-1378 |
| Washington, D.C. 20552 | (410) 752-7474 |
| (202) 435-7843 | (410) 752-0611 (fax) |
| christina.coll@cfpb.gov | E-mail: viola@ewmd.com |
| navid.vazire@cfpb.gov | E-mail: rigatuso@ewmd.com |
| meghan.cater@cfpb.gov | *Attorney for Defendant Charles E. Smith* |
| james.meade@cfpb.gov | |
| *Attorneys for Plaintiff* | |

| */s/Andrew J. Chiang* | */s/Charles Sims* |
|---|---|
| Andrew J. Chiang | Charles Sims |
| O'Hagan Meyer | O'Hagan Meyer |
| 2560 Huntington Avenue, Suite 204 | 411 E. Franklin Street, Ste. 500 |
| Alexandria, VA 22303 | Richmond, VA 23219 |
| (703) 775-8602 | (804) 403-7000 |
| Email: achiang@ohaganmeyer.com | Email: csims@ohaganmeyer.com |
| *Counsel for Defendants Access Funding, LLC; Access Holding, LLC; Reliance Funding, LLC; Lee Jundanian; and Raffi Boghosian* | *Counsel for Defendants Access Funding, LLC; Access Holding, LLC; Reliance Funding, LLC; Lee Jundanian; and Raffi Boghosian* |

*/s/Jonathan N. Saltzman*

Jonathan N. Saltzman
Marks, O'Neill, O'Brien,
  Doherty & Kelly, P.C.
600 Baltimore Avenue, Ste. 305
Towson, MD 21204
(410) 339-6880
Email: jsaltzman@moodklaw.com
*Counsel for Defendant Michael Borkowski*
*Michael Borkowski*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2019, copies of the foregoing Joint Motion to Extend Scheduling Order were served upon on counsel of record via the Court's electronic filing system:

Christina Coll, Esq.
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
christina.coll@cfpb.gov
*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

Charles M. Sims, Esquire
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
CSims@ohaganmeyer.com

Andrew J. Chiang, Esquire
O'Hagan Meyer, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
AChiang@ohaganmeyer.com
*Attorneys for Access Funding*
*Defendants, Boghosian, and Jundanian*

Michael F. Duggan, Esq.
Jonathan Saltzman, Esquire
Marks, O'Neill, O'Brien, Doherty, & Kelly, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD 21204
mduggan@moodklaw.com
jsaltzman@moodklaw.com
*Attorney for Defendant Michael Borkowski*

*/s/Gregg E. Viola*
Gregg E. Viola (Bar Number 25737)