UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiff<br><br>v.<br><br>CHARLES E. SMITH, LLC, *et al.*,<br><br>      Defendants | Case No. 1:16-CV-03759-ELH |

# ORDER

Upon consideration of the parties' Joint Motion to Extend the Scheduling Order, it is this _____ day of December, 2019, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the parties' Joint to Extend the Scheduling Order be and hereby is **GRANTED**; that the filing of the Joint Motion to Extend the Scheduling Order shall not operate as a waiver of Defendants' Joint Motion for a Stay of Proceedings (ECF No. 113) or the Bureau's opposition to that Motion, which remains under consideration, and it is further

**ORDERED** that the following are the applicable dates in the Scheduling Order and that:

| | |
|---|---|
| Defendants' Responses to Bureau's Request for Admissions | January 10, 2020 |
| Bureau's Motion for Summary Judgment | January 10, 2020 |
| Defendants' Cross-Motions for Summary Judgment/Oppositions to Bureau's Motions | January 31, 2020 |
| Bureau's Opposition to the Cross-Motions and Reply | February 21, 2020 |

J:\7A144\Motion\Joint Motion to Enlarge Sched Order- Proposed ORDER - Final 12.11.19.doc

Defendants' Replies to the Bureau's Opposition	March 13, 2020

Any dates not reflected above remain unchanged.

_____
Judge Ellen L. Hollander
U.S. District Court for the District of Maryland

Copies to:  All counsel of record