

**Jeffrey M. Lichtstein**
**25 South Charles Street, 21st Floor**
**Baltimore, Maryland 21201**
**P: (410) 727-6600/F: (410) 727-1115**
jlichtstein@rosenbergmartin.com

April 22, 2022

*Via CM/ECF*
The Honorable Ellen L. Hollander
United States District Court
 for the District of Maryland
101 West Lombard Street, Chambers 5B
Baltimore, Maryland 21201

> **Re:   *Consumer Financial Protection Bureau v. Access Funding, LLC, et al.***
> ***Case No.: 1:16-cv-03759-ELH***

Dear Judge Hollander:

Pursuant to the parties' discussion with the Court at the April 13, 2022 telephonic Status Conference, and in accordance with 28 U.S.C. § 636(c) and Local Rule 301(4), Defendant Michael Borkowski hereby consents to the referral of the above-referenced action to a United States Magistrate Judge for all further proceedings, including trial.

Thank you for your consideration of this matter.

Very truly yours,

Jeffrey M. Lichtstein

cc:    All counsel of record (*via CM/ECF*)

4870-8205-5197, v. 1