THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>          Plaintiff,<br><br>      v.<br><br>MICHAEL BORKOWSKI,<br><br>          Defendant. | Case No. 1-16-cv-03759-ELH |

## JOINT STIPULATION BY
## CONSUMER FINANCIAL PROTECTION BUREAU
## AND MICHAEL BORKOWSKI FOR ENTRY OF
## [PROPOSED] CONSENT ORDER

Plaintiff Consumer Financial Protection Bureau, through its counsel, and Defendant Michael Borkowski, through his counsel, respectfully request that the Court enter the [Proposed] Consent Order attached as Exhibit 1.

Dated: May 18, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Christina S. Coll*<br>Christina S. Coll<br>Meghan Sherman Cater<br>Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, D.C. 20552<br>(202) 435-7843<br>christina.coll@cfpb.gov<br>meghan.cater@cfpb.gov<br>*Attorneys for Plaintiff* | */s/ Jeffrey M. Lichtstein*<br>Jeffrey M. Lichtstein, Fed. Bar No. 00691<br>Jamar R. Brown, Fed. Bar No. 19522<br>Rosenberg Martin Greenberg, LLP<br>25 S. Charles Street, 21st Floor<br>Baltimore, Maryland 21201<br>Phone: 410-727-6600<br>Fax: 410-727-1115<br>jlichtstein@rosenbergmartin.com<br>jbrown@rosenbergmartin.com<br>*Counsel for Defendant Michael Borkowski* |